# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>David A. Tutmaher<br>&<br>Rebecca A. Tutmaher aka Becky Ann Tutmaher<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 13-11195 TPA |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          jwarmbrodt@kmllawgroup.com
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: (215)-627-1322
          Attorney for Movant/Applicant