FILED
11/19/18 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 13-11195TPA |
| David A. Tutmaher | ) | |
| Rebecca A. Tutmaher | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #__108__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| David A. Tutmaher | ) | |
| Rebecca A. Tutmaher | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on October 18, 2018 (document #105) is hereby WITHDRAWN. Therefore, the hearing scheduled for December 12, 2018, is hereby cancelled.

                                        Respectfully submitted

11/16/18                              /s/ Ronda J. Winnecour

                                        Ronda J. Winnecour (PA I.D. #30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower – Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com

SO ORDERED
November 19, 2018

*[Signature]*
jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11195-TPA
David A. Tutmaher                                                               Chapter 13
Rebecca A Tutmaher
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz                  Page 1 of 3              Date Rcvd: Nov 19, 2018
                              Form ID: pdf900             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
```
db/jdb         +David A. Tutmaher,    Rebecca A Tutmaher,    134 North South Street,    Warren, PA 16365-2763
cr             +Cerastes, LLC,    c/o Weinstein, Pinson & Riley, P.S.,    2001 Western Avenue, Ste 400,
                 Seattle, WA 98121-3132
13719838       +Acqura Loan Services,    7880 Bent Branch Drive Ste,    Irving, TX 75063-6002
13803357       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13719840       +Aspire,    Pob 105555,    Atlanta, GA 30348-5555
13719841        Atlantic Broadband,    P.O. Box 371801,    Pittsburgh, PA 15250-7801
13858905       +Bayview Loan Servicing, LLC et al,    4425 Ponce De Leon Boulevard,    Attn: Cash Department,
                 Coral Gables, FL 33146-1837
13732725       +Berkheimer,    Earned Income Tax Administrator,    POB 25153,    Lehigh Valley, PA 18002-5153
13719843       +Capital One,    3800 Golf Road, Suite 105,    Rolling Meadows, IL 60008-4028
13719846       +City of Warren,    318 West 3rd Avenue,    Warren, PA 16365-2388
13719848       +Continental Finance LLC,    PO Box 8099,    Newark, DE 19714-8099
13719849       +Credit Protection Assoc,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
13719850       +Erie County Tax Claim Bureau,    140 West Sixth Street,    Room 110,    Erie, PA 16501-1073
13719852       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13719853       +IC System,    Attn: Bankruptcy,    444 Highway 96 East, P.O. Box 64378,
                 Saint Paul, MN 55164-0378
13719854       +Jamestown Anesthesia Assoc.,    207 Foote Avenue,    Jamestown, NY 14701-7077
13719858       +Millard Filmore Hospital,    1540 Maple Road,    Williamsville, NY 14221-3698
13719860       +Northwest Savings Bank,    Attn: Colleen Lamberto,    Po Box 337,    Warren, PA 16365-0337
13719861      #+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
13732730       +Sharp Collections, Inc.,    114 North Mercer Avenue,    P.O. Box 81,    Sharpsville, PA 16150-0081
13732731       +Warren County School District,    Earned Income Tax Office,    589 Hospital Drive - Suite A,
                 Warren, PA 16365-4875
13719867       +Warren Fcu,    1513 Penn Avenue East,    Warren, PA 16365-3142
13719868       +Warren General Hospital,    2 Crescent Park,    Warren, PA 16365-2199
13762554       +Wells Fargo Bank,    2431 S. Acadian Thruway, Suite 525,    Baton Rouge, LA 70808-2377
13719871       +Wilshire Credit Corp/Bank of America,    Bank of America N.A.,    450 American Street,
                 Simi Valley, CA 93065-6285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 03:15:16
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13719839       +E-mail/Text: ally@ebn.phinsolutions.com Nov 20 2018 03:05:45     Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
13741663        E-mail/Text: ally@ebn.phinsolutions.com Nov 20 2018 03:05:45
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13762382        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2018 03:27:22
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13785748       +E-mail/Text: bncmail@w-legal.com Nov 20 2018 03:06:43     CERASTES, LLC,
                 C O WEINSTEIN, PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13719842       +E-mail/Text: bankruptcy@cavps.com Nov 20 2018 03:06:50     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13735966       +E-mail/Text: bankruptcy@cavps.com Nov 20 2018 03:06:50     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13719844       +E-mail/Text: matthartweg@cbjcredit.com Nov 20 2018 03:07:16     Cbj Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
13719845       +Fax: 602-659-2196 Nov 20 2018 05:29:20     Chex Systems, Inc.,    7805 Hudson Road, Suite 100,
                 Saint Paul, MN 55125-1703
13732726        E-mail/Text: fnb.bk@fnfg.com Nov 20 2018 03:06:51     First Niagara Bank,    315 Second Avenue,
                 Warren, PA 16365
13763979        E-mail/Text: fnb.bk@fnfg.com Nov 20 2018 03:06:51     First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13804751        E-mail/Text: check.bksupport@globalpay.com Nov 20 2018 03:05:48     Global Payments, Inc.,
                 P.O. Box 661158,    Chicago, IL  60666
13719859        E-mail/Text: check.bksupport@globalpay.com Nov 20 2018 03:05:48     Ndc Check Services,
                 Po Box 661158,    Chicago, IL 60666
13756504       +E-mail/Text: bankruptcy@sccompanies.com Nov 20 2018 03:07:28     Ginny's,
                 c/of Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13732728        E-mail/Text: cio.bncmail@irs.gov Nov 20 2018 03:05:54     Internal Revenue Service,
                 Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
13805709        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2018 03:16:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13805110        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2018 03:15:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of IDT Carmel, Inc,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13719855       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2018 03:15:19     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
```

```
District/off: 0315-1           User: amaz              Page 2 of 3             Date Rcvd: Nov 19, 2018
                               Form ID: pdf900         Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13797248          E-mail/Text: bkr@cardworks.com Nov 20 2018 03:05:39      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13719856         +E-mail/Text: bkr@cardworks.com Nov 20 2018 03:05:39      Merrick Bank,   Attn: Bankruptcy,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
13719857         +E-mail/Text: bnc-bluestem@quantum3group.com Nov 20 2018 03:07:03      Metabank/Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
13719863          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 03:16:21
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
14656761          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 03:27:15
                 Portfolio Recovery Associates, LLC,   PO BOX 41067,   Norfolk, VA 23541
13770522          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2018 03:15:16
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13719862         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2018 03:06:21
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13719864         +E-mail/Text: bankruptcy@sccompanies.com Nov 20 2018 03:07:28      Seventh Avenue,
                 1112 7th Avenue,   Monroe, WI 53566-1364
13719865         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 20 2018 03:05:42
                 Verizon,   500 Technology Drive Suite 30,   Weldon Spring, MO 63304-2225
13719866         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 20 2018 03:05:42
                 Verizon,   1 Verizon Way,   Basking Ridge, NJ 07920-1097
14867184         +E-mail/Text: pgilbert@warren-county.net Nov 20 2018 03:06:59      Warren County Tax Claim Bureau,
                 C/O Tax Claim Bureau,   204 Fourth Ave.,   Warren, PA 16365-2362
13719869         +E-mail/Text: bnc-bluestem@quantum3group.com Nov 20 2018 03:07:03      Webbank/fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
13719870         +E-mail/Text: collections@widgetfinancial.com Nov 20 2018 03:06:32      Widget Financial,
                 2154 East Lake Road,   Erie, PA 16511-1140
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC et al
cr              Bayview Loan Servicing, LLC, A Delaware Limited Li
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr              Wells Fargo Bank, N.A. et al c/o Home Servicing, L
13732727*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Office of District Counsel,
                 1000 Liberty Center, Suite 601C,   Pittsburgh, PA 15222)
13732729*       Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13719847       ##+Commercial Acceptance,   2 West Main Street,   Shiremanstown, PA 17011-6326
13732732       ##+Home Servicing, LLC,   8641 United Plaza Boulevard,   Suite 302,   Baton Rouge, LA 70809-7002
13719851       ##+Hsbc Bank,   26525 North Riverwoods Blvd,   Mettawa, IL 60045-3439
                                                                                 TOTALS: 4, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: amaz                 Page 3 of 3              Date Rcvd: Nov 19, 2018
                              Form ID: pdf900            Total Noticed: 56
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Daniel P. Foster    on behalf of Joint Debtor Rebecca A Tutmaher dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor David A. Tutmaher dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wells Fargo Bank, N.A. et al c/o Home
               Servicing, LLC debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Bayview Loan Servicing, LLC et al
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Lisa Cancanon    on behalf of Creditor    Cerastes, LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```