**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 13-11195-TPA |
| David A. Tutmaher and | : | |
| Rebecca A Tutmaher, | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Acqura Loan Services, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Acqura Loan Services**
**Incorrect Address:**   **7880 Bent Branch Drive Ste, Irving TX 75063-6002**
**Correct Address:**    **18451 Dallas Parkway #100, Dallas TX 75287**

Respectfully Submitted,

Date: May 9, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors